**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6148**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BERNARD CELESTINE, a/k/a Speed, a/k/a Beaver,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, Senior District Judge.  (4:95-cr-00041-H-9)

Submitted:  June 20, 2017                                Decided:  June 23, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard Celestine, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Celestine appeals the district court's order denying his Fed. R. Crim. P. 36 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Celestine*, No. 4:95-cr-00041-H-9 (E.D.N.C. Jan. 25, 2017); *see also* Fed. R. Crim. P. 36 ("After giving any notice it considers appropriate, the court may at any time correct a *clerical* error in a judgment, order, or other part of the record, *or correct an error in the record arising from oversight or omission*." (emphasis added)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*